ROLAND M. HILL ET AL., APPELLANTS, v. ELIJAH CURTIS HILL, JR., ET AL., APPELLEES.

FILED APRIL 11, 1921.  No. 20968.

APPEAL from the district court for Richardson county: JOHN B. RAPER, JUDGE.  Affirmed.

Burkett, Wilson, Brown & Wilson and J. R. Wilhite, for appellants.

Fawcett & Mockett, Kelligar, Ferneau & Gagnon and C. J. Campbell, contra.

DEAN, J.

The decision in Hill v. Hill, ante, p. 17, controls in the present case.  The judgment of the district court is therefore

AFFIRMED.